UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14559
    KIMBERLY LYNCH

                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

                Debtor
    SSN XXX-XX-7027

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 04/15/2005 and was confirmed 06/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.32% from remaining funds.

    The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED | 4009.00 | 295.38 | 4009.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1549.29 | .00 | 1549.29 |
| AT & T WIRELESS/CINGULAR | UNSECURED | 401.84 | .00 | 124.63 |
| AT&T WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 5753.83 | .00 | 1902.69 |
| CAPITAL ONE | UNSECURED | 1884.22 | .00 | 623.08 |
| TELECHECK SERVICES | UNSECURED | 548.10 | .00 | 169.99 |
| CERTEGY FKA EQUIFAX | NOTICE ONLY | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT | NOTICE ONLY | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| HARRAHS CASINO | UNSECURED | NOT FILED | .00 | .00 |
| HARRAHS CASINO | NOTICE ONLY | NOT FILED | .00 | .00 |
| LITLE CO OF MARY HOSPITA | FILED LATE | 735.00 | .00 | .00 |
| LITTLE COMPANY OF MARY H | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2762.51 | .00 | 913.51 |
| ORCHARD BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| NPS | UNSECURED | 184.29 | .00 | 57.15 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1007.24 | .00 | 333.08 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 1,800.00 | | 1,800.00 |
| TOM VAUGHN | TRUSTEE | | | 697.69 |
| DEBTOR REFUND | REFUND | | | 199.33 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 12,674.82 | |
| PRIORITY | | 1,549.29 |
| SECURED | | 4,009.00 |
| INTEREST | | 295.38 |
| UNSECURED | | 4,124.13 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 14559 KIMBERLY LYNCH

```
ADMINISTRATIVE                                        1,800.00
TRUSTEE COMPENSATION                                    697.69
DEBTOR REFUND                                           199.33
                           ---------------      ---------------
TOTALS                       12,674.82            12,674.82
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE